

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0613

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RYAN PATRICK MORRIS and TROY NELSON,

    Defendants and Appellants.

ORDER

**FILED**

APR 13 2021

Bowen Greenwood
Clerk of Supreme and
State of Montana

Appellants Ryan Patrick Morris and Troy Nelson appeal from the Sentencing and Dispositional Order, Order to Close File, and Order Exonerating Bond entered by the Eighth Judicial District Court, Cascade County, in their cases on August 29 and 30, 2019, respectively. In these Orders, which constitute the District Court's written judgment in these matters, Morris and Nelson argue the District Court imposed an illegal special condition of sentence that required them to construct signboards with language explaining their conduct of falsely representing themselves as military veterans and to wear those signboards in front of the Great Falls Veteran's Memorial. Morris further alleges the District Court incorrectly failed to credit him for time served of 93 days.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of striking the special condition requiring Morris and Nelson to construct and wear signboards, designated "added condition 1(b)" on page 9 of Morris's August 29, 2019 written judgment and designated "added condition 1(b)" on pages 9-10 of Nelson's written judgment, and for the purpose of crediting Morris for 93 days served.

Based on Morris and Nelson's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that these cases are remanded to the Eighth Judicial District Court, Cascade County, with instructions for the District Court to strike the above-

described special condition from the August 29 and 30, 2019 Dispositional Orders and to further amend Morris's written judgment to reflect 93 days of credit for time served.

The Clerk is directed to provide copies of this Order to all counsel of record, to the District Court Clerk, and to presiding judge Honorable Michele Reinhart Levine.

Dated this 13 day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices